IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: HERIBERTO DIAZ AVILA

Bkrtcy. No. 10-07208-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | |
|---|---|
| Petition Filing Date: Aug 09, 2010 | Meeting Date: Sep 13, 2010 |
| Days from petition date: 35 | Meeting Time: 8:00 AM |
| 910 Days before Petition: 2/11/2008 | ☐ Chapter 13 Plan Date: Aug 09, 2010 Dkt.# 2 ☐ Amended. |
| This is debtor(s) 1st Bankruptcy petition. | Plan Base: $12,000.00 |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Oct 06, 2010 Time: 2:00 PM |

DC Track No. 2

Payment(s) ☐ Received or ☑ Evidence shown at meeting:
Ck/MO No. MO 2240  Date 9-6-10  Amount $200.00  Total Paid In: $0.00

### I. Appearances: ☐ Telephone ☐ Video Conference ☐ Creditor(s) present: ☑ None.
- ☑ Debtor Present ☑ ID & Soc. OK ☐ Debtor Absent
- ☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present ☐ Not Present
- ☐ Substitute attorney: ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **JOSE PRIETO CARBALLO***
Total Agreed: $3,000.00  Paid Pre-Petition: $376.00  Outstanding: $2,624.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☑ Under ☐ Above Median Income.
- Liquidation Value: 0
- Commitment Period is ☑ 36 ☐ 60 months. §1325(b)(1)(B) Gen. Unsecured Pool: NO POOL
- 100% The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
EVIDENCE IN SUPPORT OF DSO POST PETITION PAYMENTS WILL BE SUBMITTED. TAX RETURNS WILL BE PROVIDED.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1  Date: Sep 13, 2010