# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

Debtor: HERIBERTO DIAZ AVILA
Case Number: 10-07208-ESL13     Chapter: 13
Date / Time / Room: 10/6/2010 2:00 PM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: MILLY GRACIA
Reporter / ECR: JOSE ROMO

### Matter:

CONFIRMATION HEARING PLAN DATED 8/9/2010 DK 10

*#12 ASUME's objection. Debtor purports to be current*

### Appearances:

JOSE RAMON CARRION MORALES ✓
JOSE M PRIETO CARBALLO ✓

### Proceedings:

ORDER:

___ (Amended) dated _____ [Docket no. ___] ___CONFIRMED ___ NOT CONFIRMED ___ LBR 3015

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.

✗ Hearing on Confirmation/Contested Matter is continued to: *12-01-2010 at 2:00 P.M. if contested*

___ Attorney's Fees:$3,000.00; Other:_____

*Debtor to meet with ASUME's representative to clarify amounts owed. If current, plan may be confirmed.*

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge