IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

HERIBERTO DIAZ AVILA

DEBTOR  CASE NO. 10-07208
CHAPTER 13

**WITHDRAW TO OBJECTION TO CONFIRMATION**

**TO THE HONORABLE COURT:**

COMES NOW, THE CHILD SUPPORT ADMINISTRATION (hereinafter ASUME), a party with interest in this case, through the undersigning attorney and hereby respectfully STATES and PRAYS:

1. Debtor proposed a plan dated August 9, 2010. **(Docket 2)**

2. On October 5, 2010, ASUME filed "Objection to Confirmation" due to Debtor's failure to pay current payments of child support in post-petition arrears. **(Docket 12)**

3. Debtor cleared payments with Administration and at present is current with DSO obligations.

**RESPECTFULLY SUBMITTED**

**WHEREFORE** movant respectfully prays that this motion be granted, accepted the withdraw of objection to the confirmation.

CERTIFY: That on this same date I electronically filed the foregoing with the clerk of the court, using CM/ECF system which will send notification of such filing to all attorneys of record.

In Ponce, Puerto Rico this October 20, 2010.

**IVELISSE TORO ZAMBRANA**
**Federal Bar no. 214513**

**Attorney for creditor**
**ASUME**

**Postal PO Box 7719**
**Ponce, Puerto Rico 00732**
**Tel. 787-844-5770**
**Fax 787-842-4664**
**Email fatoro@prtc.net**
**S/ IVELISSE TORO ZAMBRANA**